# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| SHERRY BLACKBURN, *et al., on behalf of themselves and all others similarly situated,* | |
| Plaintiffs, | |
| v. | Case No: 3:22-cv-146-DJN |
| A.C. ISRAEL ENTERPRISES, INC. d/b/a INGLESIDE INVESTORS, *et al*, | |
| Defendants. | |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR SERVICE AWARDS AND ATTORNEYS' FEES

Plaintiffs Sherry Blackburn, Willie Rose, Elwood Bumbray, George Hengle, Regina Nolte, Jo Ann Falash, John Tucker, and Emily Murphy ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, by Counsel, under Fed. R. Civ. P. 23, move the Court for Final Approval of the Class Action Settlement and for an award of attorneys' fees and service awards for the reasons outlined in the contemporaneously filed memorandum of law.

Respectfully submitted,

**PLAINTIFFS**

/s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

1

Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Class Counsel*