IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERRY BLACKBURN, *et al., on behalf of themselves and all others similarly situated,*

                              Plaintiffs,

         v.                                   Case No: 3:22-cv-146-DJN

A.C. ISRAEL ENTERPRISES, INC. d/b/a INGLESIDE INVESTORS, *et al*,

                              Defendants.

## MOTION TO AMEND THE FINAL APPROVAL ORDER

Plaintiffs, by counsel, respectfully submit this Motion to Amend the Final Approval Order (ECF 228). For the reasons set forth in the accompanying memorandum in support, Plaintiffs request the Court to enter the Proposed Order attached hereto as Exhibit 1.

                                        Respectfully submitted,
                                        **PLAINTIFFS**

                                        */s/ Kristi C. Kelly*
                                        Kristi Cahoon Kelly, VSB #72791
                                        Andrew J. Guzzo, VSB #82170
                                        Casey S. Nash, VSB #84261
                                        J. Patrick McNichol, VSB #92699
                                        Matthew G. Rosendahl, VSB #93738
                                        KELLY GUZZO, PLC
                                        3925 Chain Bridge Road, Suite 202
                                        Fairfax, VA 22030
                                        Telephone: (703) 424-7570
                                        Facsimile: (703) 591-0167
                                        Email: kkelly@kellyguzzo.com
                                        Email: aguzzo@kellyguzzo.com
                                        Email: casey@kellyguzzo.com
                                        Email: pat@kellyguzzo.com
                                        Email: matt@kellyguzzo.com

                                        Leonard A. Bennett, VSB #37523

Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Class Counsel*